# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-276 (PJS/JJG) |
| Plaintiff, | |
| v. | **ORDER ON REPORTS AND RECOMMENDATIONS** |
| Stevon Warren, | |
| Defendant. | |

The above-entitled matter came before the Court upon two Reports and Recommendations [Docket Nos. 46 and 47] of the United States Magistrate Judges Jeanne J. Graham and Franklin L. Noel, respectively. No objections have been filed to either Report and Recommendation in the time period permitted.

Based upon the Reports and Recommendations of the Magistrate Judges, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 32] is **DENIED.**

2. Defendant's Motion to Suppress Evidence seized pursuant to the Search Warrant issued by Magistrate Judge Graham on August 27, 2009 [Docket No. 31] is **DENIED**.

Dated: 12/21/10

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge