UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-0276(1) (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER |
| STEVON WARREN, | |
| Defendant. | |

This matter is before the Court on the motion of defendant Stevon Warren for appointment of counsel to assist him in seeking compassionate release under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.

Warren does not explain why he requires counsel in order to file a motion for compassionate release. Instead, he recycles meritless arguments relating to the validity of his conviction—arguments that are based on a misrepresentation of the trial record and that this Court has already rejected. *See* ECF No. 193 at 3-4 ("The sentence quoted by Warren—'[n]o one went across state lines'—was a sentence uttered by the prosecutor about Count Two, not Count One. . . . When discussing the crime charged in Count One, the government never said that Warren had not crossed a state line; to the contrary, the government said several times that Warren *had* crossed a state line when he transported Duncan to Wisconsin to engage in prostitution.").

Moreover, Warren has already filed a motion for compassionate release in which he had no trouble describing the health problems that he believes justify his release. *See* ECF No. 225. The Court denied that motion as premature, but there is no reason why Warren needs the help of an attorney to renew it.

Accordingly, Warren's motion for appointment of counsel [ECF No. 230] is DENIED.

Dated: July 15, 2019     s/Patrick J. Schiltz
                         Patrick J. Schiltz
                         United States District Judge